AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUL 15 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

In re DMCA Subpoena to FC2, Inc.

*Plaintiff*

v.                                  **20-MS-38**

*Defendant*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                           FC2, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment 1

| Place: GILE LAW GROUP, LTD. <br> 1180 N. Town Center Drive, Suite 100 <br> Las Vegas, Nevada 89144 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/15/20

*CLERK OF COURT*

RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*                    OR                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* SOD Create Co. Ltd._____, who issues or requests this subpoena, are:
Ryan Gile, Esq.; GILE LAW GROUP, LTD., 1180 N. Town Center Drive, Suite 100, Las Vegas, Nevada 89144; rg@gilelawgroup.com; Tel. (702) 703-7288

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).