1  Ryan Gile, Esq.
   Nevada Bar No. 8807
2  *rg@gilelawgroup.com*
   **GILE LAW GROUP, LTD.**
3  1180 N. Town Center Drive, Suite 100
   Las Vegas, Nevada 89144
4  Tel. (702) 703-7288

5  Attorney for SOD Create Co. Ltd.

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          JUL 1 · 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY

6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  IN RE DMCA SUBPOENA TO          | Case No.:

11

12  FC2, INC.,                       | **NOTIFICATIONS  OF COPYRIGHT
                                     | INFRINGEMENT**
13

14                                   | **20-MS-38**

15

16  _____|

17

18

19

20          **NOTIFICATIONS OF COPYRIGHT INFRINGEMENT**
21                      **TO FC2, INC.**
22          **(PURSUANT TO 17 U.S.C. § 512)**

23

24

25

26

27

28

[English Translation]

[FC2 Support] We have received your inquiry.

From: fc2form@fc2.us <fc2form@fc2.us>     7/3/2018 17:54
reply: fc2form@fc2.us
To: copyright@sod.co.jp

We are FC2 Support team.
This is the auto-response email you will receive when you send us your inquiry.
We will send a formal reply to your inquiry.
We will try to respond to you as quickly as possible, but in the event of an overwhelming number of enquiries, please note that it may take some time for us to respond to your inquiry.
Please note that we will not be able to receive your reply even if you reply to this email.
------------------------
【Company / Organization Name】: SOD Create Co., Ltd.
【Name】: Kazuhisa Funayama
【Email Address】: copyright@sod.co.jp
[Dwelling place]: 6-20-12, Honcho, Nakano-ku, Tokyo
【TEL】: 03-5328-7117
【Deletion request reason】:
The following content is copyrighted by us, but is distributed without our permission, so we ask for deletion.
【Information of the content you own right】:
http://www.dmm.co.jp/mono/dvd/~/detail/=/cid=1sdmt131re/?i3_ref=search&i3_ord=2
【Specific URL to request deletion】:
http://adult.contents.fc2.com/article_search.php?id=785824
http://adult.contents.fc2.com/article_search.php?id=785934
http://adult.contents.fc2.com/article_search.php?id=785946

[Agreement (1)]:
I confirmed and agreed the following provision: "I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

[Agreement (2)]:

I confirmed and agreed the following provision: "I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

[Agreement (3)] :
I understand that the information in the notice including any contact information and reasons for removal I provided will be forward to the user who uploads the content at issue.

[Agreement (4)] :
The information in this notification is accurate.

[Caution] :
I understand that my FC2 Account may be deleted if I abuse this form.

[Electronic Signature (Please use your actual name.)] : FUNAYAMA Kazuhisa
------------------------
[ADDR] 118.103.64.81
[HOST] 118.103.64.81
------------------------
[USER AGENT] Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.186 Safari/537.36
Please note that we will not be able to receive your reply even if you reply to this email.
======================================
FC2, Inc.
URL:http://fc2.com/
FC2 Support
URL:http://support.fc2.com/
======================================



舟山和久 <k-funayama@sod.co.jp>

## 【FC2サポート】お問い合わせを承りました。

**fc2form@fc2.us <fc2form@fc2.us>**　　　　　　　　　　　　　　　2018年3月7日 17:54
返信先: fc2form@fc2.us
To: copyright@sod.co.jp

FC2サポートです。
本メールはお客様がお問い合わせを送られた際に送信される、自動返信メールです。
のちほど正式なご返答メールをお送りいたします。

迅速な対応を心がけておりますが、お問い合わせが殺到した場合、
回答までお時間がかかる場合がございます。予めご了承下さい。

※このメールに返信をされても受信できませんのでご注意ください。────────────
【 会社・組織名 】：SODクリエイト株式会社
【 お名前 】：舟山和久
【 メールアドレス 】：copyright@sod.co.jp
【 住　所 】：東京都中野区本町6-20-12
【 ＴＥＬ 】：03-5328-7117
【 削除依頼事由 】：
下記コンテンツは、弊社が著作権を有していますが、弊社の許可なく配信されておりますので、削除を求めます。

【 あなたが権利を有するコンテンツの情報 】：
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sdmt131re/?i3_ref=search&i3_ord=2

【 削除を依頼する具体的なURL 】：
http://adult.contents.fc2.com/article_search.php?id=785824
http://adult.contents.fc2.com/article_search.php?id=785934
http://adult.contents.fc2.com/article_search.php?id=785946

【 削除対象のコンテンツ件数　（ご報告のURLと一致する件数を記入してください） 】：3
【 同意事項（１） 】：
次の条項を確認し、同意する。「申し立てをしたコンテンツの使用が、著作権者、代理人、または法律によって許可
されていないことを、良心に従い誠実に認識しています。」

【 同意事項（２） 】：
次の条項を確認し、同意する。「通知内容に偽りがなく、偽証が処罰の対象であることを承知のうえで、法律におい
て認められた著作権を所有する者又はその正式な代理人であることを誓います。」

【 同意事項（３） 】：
該当のコンテンツを公開しているサービス利用者に対し、削除依頼者の名称、連絡先および削除希望の事由等の情報
を開示することを了承します。

【 同意事項（４） 】：
申し立てに含めたすべての情報に間違いはありません。

【 ご注意 】：
当フォームを不正利用した場合、FC2アカウントが削除されますのでご注意下さい。

【 電子署名（署名は個人名、法人の場合は担当者様のご氏名【姓・名】をご入力ください。） 】：舟山和久
────────────────────────
[ADDR]　118.103.64.81

[HOST] 118.103.64.81

————————————————————————

[USER AGENT] Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.186 Safari/537.36

※このメールに返信をされても受信できませんのでご注意ください。

================================

FC2, Inc.
URL:http://fc2.com/

FC2サポート
URL:http://support.fc2.com/

================================

--

[English Translation]

[FC2 Support] We have received your inquiry.

From: fc2form@fc2.us <fc2form@fc2.us>      22/6/2018 9:42

reply: fc2form@fc2.us

To: copyright@sod.co.jp

We are FC2 Support team.

This is the auto-response email you will receive when you send us your inquiry.

We will send a formal reply to your inquiry.

We will try to respond to you as quickly as possible, but in the event of an overwhelming number of enquiries, please note that it may take some time for us to respond to your inquiry.

Please note that we will not be able to receive your reply even if you reply to this email.

------------------------

【Company / Organization Name】: SOD Create Co., Ltd.

【Name】: Kazuhisa Funayama

【Email Address】: copyright@sod.co.jp

[Dwelling place]: 6-20-12, Honcho, Nakano-ku, Tokyo

【TEL】: 03-5328-7117

【Deletion request reason】:

The following content is copyrighted by us, but is distributed without our permission, so we ask for deletion.

【Information of the content you own right】:

"真・性欲、覚醒 横山美雪"

http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/

"STAR-262 AV DEBUT あの国民的アイドルの妹 やまぐちりく"

http://www.dmm.co.jp/digital/videoa/-/detail/=/cid=1star00262/?i3_ref=list&i3_ord=13

【Specific URL to request deletion】:

http://adult.contents.fc2.com/article_search.php?id=859527

http://adult.contents.fc2.com/article_search.php?id=858367

[Agreement (1)]:

I confirmed and agreed the following provision; "I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

[Agreement (2)] :

I confirmed and agreed the following provision; "I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

[Agreement (3)] :
I understand that the information in the notice including any contact information and reasons for removal I provided will be forward to the user who uploads the content at issue.

[Agreement (4)] :
The information in this notification is accurate.

[Caution] :
I understand that my FC2 Account may be deleted if I abuse this form.

[Electronic Signature (Please use your actual name.)] : FUNAYAMA Kazuhisa
------------------------
[ADDR] 118.103.64.81
[HOST] 118.103.64.81
------------------------
[USER AGENT] Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/67.0.3396.87 Safari/537.36
Please note that we will not be able to receive your reply even if you reply to this email.
===================================
FC2, Inc.
URL:http://fc2.com/
FC2 Support
URL:http://support.fc2.com/
===================================



## 【FC2サポート】お問い合わせを承りました。

1 件のメッセージ

**fc2form@fc2.us <fc2form@fc2.us>**　　　　　　　　　　　　　　　　2018年6月22日 9:42
返信先: fc2form@fc2.us
To: copyright@sod.co.jp

FC2サポートです。
本メールはお客様がお問い合わせを送られた際に送信される、自動返信メールです。
のちほど正式なご返答メールをお送りいたします。

迅速な対応を心がけておりますが、お問い合わせが殺到した場合、
回答までお時間がかかる場合がございます。予めご了承下さい。

※このメールに返信をされても受信できませんのでご注意ください。——————————————
　【 会社・組織名 】：SODクリエイト株式会社
　【 お名前 】：舟山和久
　【 メールアドレス 】：copyright@sod.co.jp
　【 住　　所 】：東京都中野区本町6-20-12
　【 ＴＥＬ 】：0353287117
　【 削除依頼事由 】：
　下記の動画は弊社の著作権を侵害しているため、削除を申立ます。

　【 あなたが権利を有するコンテンツの情報 】：
　真・性欲、覚醒 横山美雪
　http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/
　AV DEBUT あの国民的アイドルの妹 やまぐちりく
　http://www.dmm.co.jp/digital/videoa/-/detail/=/cid=1star00262/?i3_ref=list&i3_ord=13

　【 削除を依頼する具体的なURL 】：
　http://adult.contents.fc2.com/article_search.php?id=859527
　http://adult.contents.fc2.com/article_search.php?id=858367

　【 削除対象のコンテンツ件数　（ご報告のURLと一致する件数を記入してください） 】：2
　【 同意事項（１） 】：
　次の条項を確認し、同意する。「申し立てをしたコンテンツの使用が、著作権者、代理人、または法律によって許可
　されていないことを、良心に従い誠実に認識しています。」

　【 同意事項（２） 】：
　次の条項を確認し、同意する。「通知内容に偽りがなく、偽証が処罰の対象であることを承知のうえで、法律におい
　て認められた著作権を所有する者又はその正式な代理人であることを誓います。」

　【 同意事項（３） 】：
　該当のコンテンツを公開しているサービス利用者に対し、削除依頼者の名称、連絡先および削除希望の事由等の情報
　を開示することを了承します。

　【 同意事項（４） 】：
　申し立てに含めたすべての情報に間違いはありません。

　【 ご注意 】：
　当フォームを不正利用した場合、FC2アカウントが削除されますのでご注意下さい。

ソフト・オン・デマンド メール-【FC2サポート】お問い合わせを承りました。

【 電子署名（署名は個人名、法人の場合は担当者様のご氏名【姓・名】をご入力ください。）】：舟山和久
――――――――――――――――――――――
[ADDR]　118.103.64.81
[HOST]　118.103.64.81
――――――――――――――――――――――
[USER AGENT]　Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/67.0.3396.87 Safari/537.36
※このメールに返信をされても受信できませんのでご注意ください。
============================
FC2, Inc.
URL:http://fc2.com/

FC2サポート
URL:http://support.fc2.com/
============================

--

<u>[English Translation]</u>

[FC2 Support] We have received your inquiry.

From: fc2form@fc2.us <fc2form@fc2.us>      22/6/2018 9:37
reply: fc2form@fc2.us
To: copyright@sod.co.jp

We are FC2 Support team.
This is the auto-response email you will receive when you send us your inquiry.
We will send a formal reply to your inquiry.
We will try to respond to you as quickly as possible, but in the event of an overwhelming number of enquiries, please note that it may take some time for us to respond to your inquiry.
Please note that we will not be able to receive your reply even if you reply to this email.
------------------------
【Company / Organization Name】: SOD Create Co., Ltd.
【Name】: Kazuhisa Funayama
【Email Address】: copyright@sod.co.jp
[Dwelling place]: 6-20-12, Honcho, Nakano-ku, Tokyo
【TEL】: 03-5328-7117
【Deletion request reason】:
The following content is copyrighted by us, but is distributed without our permission, so we ask for deletion.
【Information of the content you own right】:
"真・性欲、覚醒 横山美雪"
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/
【Specific URL to request deletion】:
http://adult.contents.fc2.com/article_search.php?id=859752

[Agreement (1)]:
I confirmed and agreed the following provision: "I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent. or the law."

[Agreement (2)]:
I confirmed and agreed the following provision: "I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner or am

authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

[Agreement (3)] :
I understand that the information in the notice including any contact information and reasons for removal I provided will be forward to the user who uploads the content at issue.

[Agreement (4)] :
The information in this notification is accurate.

[Caution] :
I understand that my FC2 Account may be deleted if I abuse this form.

[Electronic Signature (Please use your actual name.)] : FUNAYAMA Kazuhisa
------------------------
[ADDR] 118.103.64.81
[HOST] 118.103.64.81
------------------------
[USER AGENT] Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/67.0.3396.87 Safari/537.36
Please note that we will not be able to receive your reply even if you reply to this email.
====================================
FC2, Inc.
URL:http://fc2.com/
FC2 Support
URL:http://support.fc2.com/
====================================

2019/3/6　　　　　　ソフト・オン・デマンドメール - 【FC2サポート】お問い合わせを承りました。　　　　　甲第16号証の1



舟山和久 <k-funayama@sod.co.jp>

## 【FC2サポート】お問い合わせを承りました。

1 件のメッセージ

**fc2form@fc2.us <fc2form@fc2.us>**　　　　　　　　　　　　　　　　2018年6月22日 9:37
返信先: fc2form@fc2.us
To: copyright@sod.co.jp

FC2サポートです。
本メールはお客様がお問い合わせを送られた際に送信される、自動返信メールです。
のちほど正式なご返答メールをお送りいたします。

迅速な対応を心がけておりますが、お問い合わせが殺到した場合、
回答までお時間がかかる場合がございます。予めご了承下さい。

※このメールに返信をされても受信できませんのでご注意ください。——————————————
【 会社・組織名 】：SODクリエイト株式会社
【 お名前 】：舟山和久
【 メールアドレス 】：copyright@sod.co.jp
【 住　所 】：東京都中野区本町6-20-12
【 Ｔ Ｅ Ｌ 】：0353287117
【 削除依頼事由 】：
下記の動画は弊社の著作権を侵害しているため、削除を申立ます。

【 あなたが権利を有するコンテンツの情報 】：
真・性欲、覚醒 横山美雪
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/

【 削除を依頼する具体的なURL 】：
http://adult.contents.fc2.com/article_search.php?id=859752

【 削除対象のコンテンツ件数　（ご報告のURLと一致する件数を記入してください） 】：1
【 同意事項（1） 】：
次の条項を確認し、同意する。「申し立てをしたコンテンツの使用が、著作権者、代理人、または法律によって許可
されていないことを、良心に従い誠実に認識しています。」

【 同意事項（2） 】：
次の条項を確認し、同意する。「通知内容に偽りがなく、偽証が処罰の対象であることを承知のうえで、法律におい
て認められた著作権を所有する者又はその正式な代理人であることを誓います。」

【 同意事項（3） 】：
該当のコンテンツを公開しているサービス利用者に対し、削除依頼者の名称、連絡先および削除希望の事由等の情報
を開示することを了承します。

【 同意事項（4） 】：
申し立てに含めたすべての情報に間違いはありません。

【 ご注意 】：
当フォームを不正利用した場合、FC2アカウントが削除されますのでご注意下さい。

【 電子署名（署名は個人名、法人の場合は担当者様のご氏名【姓・名】をご入力ください。） 】：舟山和久
——————————————————————————————

```
[ADDR]   118.103.64.81
[HOST]   118.103.64.81
—————————————————————————————
[USER AGENT]   Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/67.0.3396.87 Safari/537.36
※このメールに返信をされても受信できませんのでご注意ください。
==================================
FC2, Inc.
URL:http://fc2.com/

FC2サポート
URL:http://support.fc2.com/
==================================


--
```

[FC2 Support] We have received your inquiry.                    [English Translation]

From: fc2form@fc2.us <fc2form@fc2.us>          25/6/2018 10:10
reply: fc2form@fc2.us
To: copyright@sod.co.jp

We are FC2 Support team.
This is the auto-response email you will receive when you send us your inquiry.
We will send a formal reply to your inquiry.
We will try to respond to you as quickly as possible, but in the event of an overwhelming number of enquiries, please note that it may take some time for us to respond to your inquiry.
Please note that we will not be able to receive your reply even if you reply to this email.
------------------------
【Company / Organization Name】: SOD Create Co., Ltd.
【Name】: Kazuhisa Funayama
【Email Address】: copyright@sod.co.jp
[Dwelling place]: 6-20-12, Honcho, Nakano-ku, Tokyo
【TEL】: 03-5328-7117
【Deletion request reason】:
The following content is copyrighted by us, but is distributed without our permission, so we ask for deletion.
【Information of the content you own right】:
"真・性欲、覚醒 横山美雪"
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/
"STAR-262 AV DEBUT あの国民的アイドルの妹 やまぐちりく"
http://www.dmm.co.jp/digital/videoa/-/detail/=/cid=1star00262/?i3_ref=list&i3_ord=13
【Specific URL to request deletion】:
http://adult.contents.fc2.com/article_search.php?id=835436
http://adult.contents.fc2.com/article_search.php?id=858314
http://adult.contents.fc2.com/article_search.php?id=864159

[Agreement (1)]:
I confirmed and agreed the following provision: "I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

[Agreement (2)] :

I confirmed and agreed the following provision: "I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

[Agreement (3)] :

I understand that the information in the notice including any contact information and reasons for removal I provided will be forward to the user who uploads the content at issue.

[Agreement (4)] :

The information in this notification is accurate.

[Caution] :

I understand that my FC2 Account may be deleted if I abuse this form.

[Electronic Signature (Please use your actual name.)] : FUNAYAMA Kazuhisa

------------------------

[ADDR] 118.103.64.81

[HOST] 118.103.64.81

------------------------

[USER AGENT] Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)

Chrome/67.0.3396.87 Safari/537.36

Please note that we will not be able to receive your reply even if you reply to this email.

==================================

FC2, Inc.

URL:http://fc2.com/

FC2 Support

URL:http://support.fc2.com/

==================================



舟山和久 <k-funayama@sod.co.jp>

## 【FC2サポート】お問い合わせを承りました。

1 件のメッセージ

**fc2form@fc2.us <fc2form@fc2.us>**　　　　　　　　　　　　　　　　2018年6月25日 10:10
返信先: fc2form@fc2.us
To: copyright@sod.co.jp

FC2サポートです。
本メールはお客様がお問い合わせを送られた際に送信される、自動返信メールです。
のちほど正式なご返答メールをお送りいたします。

迅速な対応を心がけておりますが、お問い合わせが殺到した場合、
回答までお時間がかかる場合がございます。予めご了承下さい。

※このメールに返信をされても受信できませんのでご注意ください。━━━━━━━━━━━
【 会社・組織名 】：SODクリエイト株式会社
【 お名前 】：舟山和久
【 メールアドレス 】：copyright@sod.co.jp
【 住　所 】：東京都中野区本町6-20-12
【 ＴＥＬ 】：0353287117
【 削除依頼事由 】：
下記の動画は弊社の著作権を侵害しているため、削除を申請します。

【 あなたが権利を有するコンテンツの情報 】：
真・性欲、覚醒 横山美雪
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1sace038re/
AV DEBUT あの国民的アイドルの妹 やまぐちりく
http://www.dmm.co.jp/digital/videoa/-/detail/=/cid=1star00262/?i3_ref=list&i3_ord=13

【 削除を依頼する具体的なURL 】：
http://adult.contents.fc2.com/article_search.php?id=835436
http://adult.contents.fc2.com/article_search.php?id=858314
http://adult.contents.fc2.com/article_search.php?id=864159

【 削除対象のコンテンツ件数　（ご報告のURLと一致する件数を記入してください）】：3
【 同意事項（１）】：
次の条項を確認し、同意する。「申し立てをしたコンテンツの使用が、著作権者、代理人、または法律によって許可
されていないことを、良心に従い誠実に認識しています。」

【 同意事項（２）】：
次の条項を確認し、同意する。「通知内容に偽りがなく、偽証が処罰の対象であることを承知のうえで、法律におい
て認められた著作権を所有する者又はその正式な代理人であることを誓います。」

【 同意事項（３）】：
該当のコンテンツを公開しているサービス利用者に対し、削除依頼者の名称、連絡先および削除希望の事由等の情報
を開示することを了承します。

【 同意事項（４）】：
申し立てに含めたすべての情報に間違いはありません。

【 ご注意 】：

ソフト・オン・デマンドメール - [FC2サポート] お問い合わせを承りました。

当フォームを不正利用した場合、FC2アカウントが削除されますのでご注意下さい。

【 電子署名（署名は個人名、法人の場合は担当者様のご氏名【姓・名】をご入力ください。） 】：舟山和久
――――――――――――――――――――――――
[ADDR]  118.103.64.81
[HOST]  118.103.64.81
――――――――――――――――――――――――
[USER AGENT]  Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/67.0.3396.87 Safari/537.36
※このメールに返信をされても受信できませんのでご注意ください。
==================================
FC2, Inc.
URL:http://fc2.com/

FC2サポート
URL:http://support.fc2.com/
==================================

―

[English Translation]

[FC2 Support] We have received your inquiry.

From: fc2form@fc2.us <fc2form@fc2.us>      25/1/2019 23:42
reply: fc2form@fc2.us
To: copyright@sod.co.jp

We are FC2 Support team.
This is the auto-response email you will receive when you send us your inquiry.
We will send a formal reply to your inquiry.
We will try to respond to you as quickly as possible, but in the event of an overwhelming number of enquiries, please note that it may take some time for us to respond to your inquiry.
Please note that we will not be able to receive your reply even if you reply to this email.
------------------------
【Company / Organization Name】: SOD Create Co., Ltd.
【Name】: Kazuhisa Funayama
【Email Address】: copyright@sod.co.jp
[Dwelling place]: 6-20-12, Honcho, Nakano-ku, Tokyo
【TEL】: 03-5328-7117
【Deletion request reason】:
The following content is copyrighted by us, but is distributed without our permission, so we ask for deletion.
【Information of the content you own right】:
https://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1star311re/
【Specific URL to request deletion】:
https://adult.contents.fc2.com/article_search.php?id=973154
https://adult.contents.fc2.com/article_search.php?id=973141
https://adult.contents.fc2.com/article_search.php?id=973131

[Agreement (1)]:
I confirmed and agreed the following provision: "I have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

[Agreement (2)]:
I confirmed and agreed the following provision: "I swear, under penalty of perjury, that the

information in this notification is accurate and that I am the copyright owner or am
authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

[Agreement (3)] :
I understand that the information in the notice including any contact information and
reasons for removal I provided will be forward to the user who uploads the content at issue.

[Agreement (4)] :
The information in this notification is accurate.

[Caution] :
I understand that my FC2 Account may be deleted if I abuse this form.

[Electronic Signature (Please use your actual name.)] : FUNAYAMA Kazuhisa
------------------------
[ADDR] 39.110.200.175
[HOST] fs276ec8af.tkyc210.ap.nuro.jp
——————————————————————————
[USER AGENT] Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko)
Chrome/71.0.3578.98 Safari/537.36
Please note that we will not be able to receive your reply even if you reply to this email.
==================================
FC2, Inc.
URL:http://fc2.com/
FC2 Support
URL:http://support.fc2.com/
==================================

2019/3/6　　　ソフト・オン・デマンドメール - 【FC2サポート】お問い合わせを承りました　　　甲第16号証の1



舟山和久 <k-funayama@sod.co.jp>

## 【FC2サポート】お問い合わせを承りました。

**fc2form@fc2.us <fc2@form.fc2.com>**　　　　　　　　　　　　2019年1月25日 23:42
返信先: fc2@form.fc2.com
To: copyright@sod.co.jp

FC2サポートです。
本メールはお客様がお問い合わせを送られた際に送信される、自動返信メールです。
のちほど正式なご返答メールをお送りいたします。

迅速な対応を心がけておりますが、お問い合わせが殺到した場合、
回答までお時間がかかる場合がございます。予めご了承下さい。

※このメールに返信をされても受信できませんのでご注意ください。――――――――――――
　【 会社・組織名 】：SODクリエイト株式会社
　【 お名前 】：舟山和久
　【 メールアドレス 】： copyright@sod.co.jp
　【 住　　所 】：東京都中野区本町6-20-12
　【 Ｔ Ｅ Ｌ 】：03-5328-7120
　【 削除依頼事由 】：
　下記のコンテンツについて、弊社の著作権を侵害しておりますので、削除を求めます。

　【 あなたが権利を有するコンテンツの情報 】：
　https://www.dmm.co.jp/mono/dvd/-/detail/=/cid=1star311re/

　【 削除を依頼する具体的なURL 】：
　https://adult.contents.fc2.com/article_search.php?id=973154
　https://adult.contents.fc2.com/article_search.php?id=973141
　https://adult.contents.fc2.com/article_search.php?id=973131

　【 削除対象のコンテンツ件数　（ご報告のURLと一致する件数を記入してください） 】：3
　【 同意事項（１） 】：
　次の条項を確認し、同意する。「申し立てをしたコンテンツの使用が、著作権者、代理人、または法律によって許可
されていないことを、良心に従い誠実に認識しています。」

　【 同意事項（２） 】：
　次の条項を確認し、同意する。「通知内容に偽りがなく、偽証が処罰の対象であることを承知のうえで、法律におい
て認められた著作権を所有する者又はその正式な代理人であることを誓います。」

　【 同意事項（３） 】：
　該当のコンテンツを公開しているサービス利用者に対し、削除依頼者の名称、連絡先および削除希望の事由等の情報
を開示することを了承します。

　【 同意事項（４） 】：
　申し立てに含めたすべての情報に間違いはありません。

　【 ご注意 】：
　当フォームを不正利用した場合、FC2アカウントが削除されますのでご注意下さい。

　【 電子署名（署名は個人名、法人の場合は担当者様のご氏名【姓・名】をご入力ください。） 】：舟山和久
――――――――――――――――――――
　[ADDR]　39.110.200.175

[HOST]　fs276ec8af.tkyc210.ap.nuro.jp
——————————————————————————
[USER AGENT]　Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36
※このメールに返信をされても受信できませんのでご注意ください。
================================
FC2, Inc.
URL:http://fc2.com/

FC2サポート
URL:http://support.fc2.com/
================================


--