Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**GILE LAW GROUP, LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

Attorney for SOD Create Co. Ltd.



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
JUL 15 2020
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DMCA SUBPOENA TO | Case No.: |
| FC2, INC., | **DECLARATION OF JUNJI SUZUKI** |

**20-MS-38**

I, the undersigned, declare and testify as follows:

1. I am a person authorized to act on behalf of SOD Create Co. Ltd., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. SOD Create Co. Ltd. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2020.

_____
Junji Suzuki
Authorized Representative for SOD Create Co. Ltd.