```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS070945
Cashier ID: rtanker
Transaction Date: 07/15/2020
Payer Name: Ryan Gile

MISCELLANEOUS PAPERS
 For: Ryan Gile
 Amount:         $47.00

CHECK/MONEY ORDER
 Remitter: Ryan Gile
 Check/Money Order Num: 1660
 Amt Tendered: $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

20MS38

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```